**810**

Steven B. Kelber, Jagtiani + Guttag, of Fairfax, VA, argued for appellees.

Before MICHEL, Chief Judge, LOURIE, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

VA. Of counsel was Sandra E. Wells, Affymetrix, Inc., of Santa Clara, CA.

Steven B. Kelber, Jagtiani + Guttag, of Fairfax, VA, argued for appellees.

Before MICHEL, Chief Judge, LOURIE, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Martin GOLDBERG, Martin Diggelman, Earl Hubbell, Glenn McGall, Nam Quoc Ngo, MacDonald Morris, Mel Yamamoto, Jennifer Tan, and Richard P. Rava, Appellants,

v.

Jay K. BASS, John F. McEntee, Tim J. Lazaruk, Maryam Mobed–Miremadi, and Brent T. Tolosko, Appellees.

No. 2007–1532.

United States Court of Appeals, Federal Circuit.

July 15, 2008.

Stephen C. Holmes, Affymetrix, Inc., of Emeryville, CA, argued for appellants. On the brief were Oliver R. Ashe, Jr., and Azadeh S. Kokabi, Ashe, P.C., of Reston,

CCA ASSOCIATES, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 2007–5094.

United States Court of Appeals, Federal Circuit.

July 21, 2008.

Elliot E. Polebaum, Fried, Frank, Harris, Shriver & Jacobson, LLP, of Washington, DC, argued for plaintiff-appellee.

Kenneth D. Woodrow, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-